IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

M. C.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

　　　　Appellant,

v.

CASE NO. 1D15-4974

FLORIDA DEPARTMENT OF
EDUCATION, DIVISION OF
VOCATIONAL
REHABILITATION,

　　　　Appellee.

_____/

Opinion filed June 23, 2016.

An appeal from a final order from the Department of Education.
Pam Stewart, Commissioner.

M. C., pro se, Appellant.

Taylor Wolff, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

　　　　AFFIRMED.

ROWE, KELSEY, and JAY, JJ., CONCUR.